--------------------------------------------------------------------------------

 TENTH COURT OF APPEALS

Chief Justice
 Tom Gray

Justice
 Rex D. Davis
 Al Scoggins

 McLennan County Courthouse
 501 Washington Avenue, Rm 415
 Waco, Texas 76701-1373
 Phone: (254) 757-5200 Fax: (254) 757-2822

 Clerk
 Sharri Roessler
 
 August 20, 2015
 

In accordance with the enclosed Memorandum Opinion, below is the judgment in the numbered cause set out herein to be entered in the Minutes of this Court as of the 20[th] day of August, 2015.

10-14-00171-CV IN RE CITY OF DALLAS - ORIGINAL PROCEEDING - GRANTED IN PART AND DENIED IN PART - Memorandum Opinion by Justice Davis:

"Came on to be heard the Petition for Writ of Mandamus filed herein by Relator the City of Dallas, and the same having been considered, because it is the opinion of this Court that the Petition for Writ of Mandamus should be granted in part and denied in part; it is therefore ordered, adjudged, and decreed that the Petition for Writ of Mandamus be, and hereby is, granted in part and denied in part in accordance with the opinion of this Court."